IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WARREN JOHNSON                                                      PLAINTIFF

V.                          No. 4:13-cv-686-DPM-BD

TIM HELDER, Sheriff,
Washington County Sheriff's Department           DEFENDANT

ORDER

Everything that Johnson alleges happened in Fayetteville. The Court therefore transfers this case to the Western District of Arkansas because venue there is proper. 28 U.S.C. § 1406(a). The transfer should be immediate because Johnson's appeal rights are not affected. *In re Nine Mile Limited*, 673 F.2d 242, 244 (8th Cir. 1982).

       So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 December 2013